SEPTEMBER 4, 1952

No. 56849.—SUIT 4742.—United States *v.* National Tube Company.—▆▆▆ ▆▆—Reap. Dec. 8107. (Appeal dismissed July 10, 1952.)

BEFORE THE THIRD DIVISION, SEPTEMBER 9, 1952

No. 56850.—Leon Marks *v.* United States, protests 159449–K, etc. (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of earthenware teapots and coffeepots each encased in a metal felt-lined cozy, the same in all material respects as the merchandise the subject of *Leon Marks* v. *United States* (28 Cust. Ct. 98, C. D. 1393), the claim of the plaintiff was sustained.

No. 56851.—Air Express International Agency, Inc., and International Standard Electric Corp. *v.* United States, protests 176613–K and 178223–K (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of ½-watt or 1-watt carbon resistors, composed in chief value of metal, used chiefly as parts of radio apparatus, instruments, or devices, the claim of the plaintiffs was sustained.